UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-60073-CIV-DAMIAN

**FEDERAL TRADE COMMISSION**,

    Plaintiff,

v.

**EVOKE WELLNESS, LLC,** *et al.*,

    Defendants.

_____/

## ORDER REQUIRING STATUS REPORT AND ADMINISTRATIVELY CLOSING CASE

**THIS CAUSE** is before the Court on the Parties' Joint Status Report [ECF No. 20], filed April 15, 2025, indicating the parties are in the process of finalizing an agreement to resolve all issues in this matter and anticipate memorializing a final agreement by April 22. The parties indicate that the final agreement is subject to approval by the Federal Trade Commissioners and that the approval process typically takes 2 to 6 weeks. The parties further indicate they plan on filing another status report with the Court on April 22, 2025.

THE COURT has reviewed the Report and the pertinent portions of the record and is otherwise fully advised. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. By **April 22, 2025**, the parties shall file a Joint Status Report informing the Court of the status of the parties' final agreement.

2. The Clerk is directed to **ADMINISTRATIVELY CLOSE** this case for statistical purposes only. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. Any pending motions are **DENIED AS MOOT**, and any deadlines previously set are **TERMINATED**.

4. The Court retains jurisdiction to address any appropriate motions, if needed.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Florida, this 16th day of April, 2025.

                                              **MELISSA DAMIAN**
                                              **UNITED STATES DISTRICT JUDGE**

cc:   Counsel of record