UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**EVOKE WELLNESS, LLC**, a limited liability company;<br><br>**EVOKE HEALTH CARE MANAGEMENT, LLC**, a limited liability company;<br><br>**JONATHAN MOSELEY**, individually and as an owner, officer, or member of Evoke Wellness, LLC, and Evoke Health Care Management, LLC; and<br><br>**JAMES HULL**, individually and as an owner, officer, or member of Evoke Wellness, LLC, and Evoke Health Care Management, LLC;<br><br>Defendants. | Case No. 0:25-cv-60073-MD |

## JOINT STATUS REPORT

Counsel for Plaintiff, the Federal Trade Commission ("FTC"), with the consent of Counsel for Defendants, Evoke Wellness, LLC; Evoke Health Care Management, LLC; Jonathan Moseley; and James Hull, respectfully respond to the Court's April 17, 2025, Order Requiring Status Report and Administratively Closing Case (Dkt 21).

Defendants have signed the proposed settlement that FTC Counsel are prepared to recommend to the Commission. However, as previously indicated, FTC Counsel do not have authority to file the proposed settlement until the Commission itself reviews and approves the settlement, a process that typically takes 2 to 6 weeks.

If the Commission approves the proposed settlement, FTC Counsel will promptly file it with the Court. If the proposed settlement has not yet been filed with the Court by June 10, 2025, FTC Counsel will advise the Court of the status of this case by filing a status report at that time.

                                                    Respectfully submitted,

Date: <u>April 22, 2025</u>　　　　　　　/s/ Victor DeFrancis
　　　　　　　　　　　　　　　　　Victor DeFrancis
　　　　　　　　　　　　　　　　　Cassandra Rasmussen
　　　　　　　　　　　　　　　　　FEDERAL TRADE COMMISSION
　　　　　　　　　　　　　　　　　600 Pennsylvania Avenue, N.W.
　　　　　　　　　　　　　　　　　Washington, DC 20580

　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*