# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| **FEDERAL TRADE COMMISSION**, <br><br> Plaintiff, <br><br> v. <br><br> **EVOKE WELLNESS, LLC**, a limited liability company; <br><br> **EVOKE HEALTH CARE MANAGEMENT, LLC**, a limited liability company; <br><br> **JONATHAN MOSELEY**, individually and as an owner, officer, or member of Evoke Wellness, LLC, and Evoke Health Care Management, LLC; and <br><br> **JAMES HULL**, individually and as an owner, officer, or member of Evoke Wellness, LLC, and Evoke Health Care Management, LLC; <br><br> Defendants. | **Case No. 0:25-cv-60073 MD** <br><br><br><br> **MOTION TO APPROVE PROPOSED STIPULATED ORDER FOR PERMANENT INJUNCTION, CIVIL PENALTY JUDGMENT, AND OTHER RELIEF** |

Plaintiff, the Federal Trade Commission ("FTC"), respectfully asks the Court to enter the attached proposed Stipulated Order for Permanent Injunction, Civil Penalty Judgment, and Other Relief ("Stipulated Final Order") as to Defendants Evoke Wellness, LLC; Evoke Health Care Management, LLC; Jonathan Moseley; and James Hull (collectively, "Defendants"). The proposed Stipulated Final Order is attached to this Motion. Plaintiff and Defendants have agreed to the terms of the proposed Stipulated Final Order, as evidenced by their signatures thereon. Defendants further consent to the filing of this Motion. Accordingly, the FTC now moves that the Court enter the

1

proposed Stipulated Final Order.

Respectfully submitted,

Date: _____6/10/25_____

/s/Cassie Rasmussen_____
Victor DeFrancis
Cassandra Rasmussen
FEDERAL TRADE COMMISSION
600 Pennsylvania Avenue, N.W.
Washington, DC 20580
Tel: 202-326-3274, -2840
Fax: 202-326-3259
vdefrancis@ftc.gov
crasmussen@ftc.gov

*Attorneys for Plaintiff*